# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOSEPH J. YEOMAN,**

**Petitioner,**

v.                                              **Case No. 26-CV-666**

**ALISHA KRAUS,**

**Respondent.**

## ORDER

The petitioner's motion to use his release account to pay the $5.00 filing fee in this matter (ECF No. 11) is **denied**. Unlike a traditional civil action that is subject to the Prison Litigation Reform Act, a federal court has no authority to order state officials to allow a prisoner to access his release account to pay the filing fee for a habeas petition. *Riker v. Boughton*, No. 16-cv-446-pp, 2020 U.S. Dist. LEXIS 107305, at *3 (E.D. Wis. June 18, 2020) (quoting *Saddler v. Hewitt*, No. 19-cv-81-jdp, 2019 U.S. Dist. LEXIS 151987, 2019 WL 4242483, at *5 (W.D. Wis. Sept. 6, 2019)); *Greene v. Pollard*, No. 08-cv-0623-slc, 2008 U.S. Dist. LEXIS 88821, at *1-2 (W.D. Wis. Oct. 28, 2008); *see also Little v. Foster*, No. 16-CV-805-JPS, 2017 U.S. Dist. LEXIS 160769, at *2-5 (E.D. Wis. Sep. 29, 2017).

Insofar as by the present motion the petitioner is renewing his motion to proceed without prepayment of the filing fee, the motion is denied. The petitioner

filed this action on April 17, 2026. The filing fee was due at that time. As of May 8, 2026, the petitioner had $94.63 in his regular trust account. (ECF No. 8.) The petitioner is not indigent simply because he allegedly spent all these funds in the three weeks that followed. *See Little*, 2017 U.S. Dist. LEXIS 160769, at *4. The petitioner shall pay the $5.00 filing fee within **28 days** of this order. **<u>Failure to pay the filing fee will result in the court dismissing this action.</u>**

    **SO ORDERED.**

    Dated at Green Bay, Wisconsin this 4th day of June, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge
